**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**EMMERSON OSBORNE**                                                  **PETITIONER**

**v.**                                            **No. 2:08CV58-P-A**

**STATE OF MISSISSIPPI, ET AL.**                                  **RESPONDENTS**

## **FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice.

**SO ORDERED,** this the 4th day of August, 2008.

                                                                                    /s/ W. Allen Pepper, Jr.
                                                                                     W. ALLEN PEPPER, JR.
                                                                                     UNITED STATES DISTRICT JUDGE